

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00445-CV

Judith **ZAFFIRINI**, David H. Arredondo, and Clarissa N. Chapa, Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and Co-Trustees of the Rocio Gonzalez Guerra Exempt Trust,
Appellants

v.

Raymond S. **DE LEON**, II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-PBA-000133-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
   Marialyn Barnard, Justice
   Rebeca C. Martinez, Justice

  Appellants, Judith Zaffirini, David H. Arredondo, and Clarissa N. Chapa, filed an "Emergency Motion for Temporary Orders to Preserve Jurisdiction and Rights Pending Appeal (Emergency Distributions to Family Trust)." The motion is DENIED.

_____
Sandee Bryan Marion, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court